**ORIGINAL**

**John F. Neupert**, P.C., Oregon State Bar No. 78316
John.neupert@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Phone: (503) 224-5858
Fax: (503) 224-0155

FILED '06 APR 06 08:52 USDC-ORP

**Frederick S. Berretta** (*Pro Hac Vice*)
fberretta@kmob.com
**James F. Herkenhoff** (*Pro Hac Vice*)
jherkenhoff@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West "C" Street, 12th Floor
San Diego, California 97101
Phone: (619) 235-8550
Fax: (619) 235-0176
**Attorneys for Plaintiff Dye Precision, Inc.**

**Paul T. Fortino**, Oregon State Bar No. 83201
pfortino@perkinscoie.com
**Scott D. Eads**, Oregon State Bar No. 91040
seads@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222
**Attorneys for Defendant Smart Parts, Inc.**

**Ronald M. Wawrzyn**
rwawrzyn@foleylaw.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-5306
Phone: (414) 271-2400
Fax: (414) 297-4900
**Attorney for Defendant WDP, Ltd.**

CV No. 3:05cv1253-KI
[PROPOSED] ORDER TO FILE
CONSENT JUDGMENT UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DYE PRECISION, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**SMART PARTS, INC.** and **WDP, LTD.,**<br><br>    Defendants. | CV No. 3:05cv1253-KI<br><br>■■■■■ ORDER TO FILE<br>CONSENT JUDGMENT UNDER SEAL |

The Court, having considered Dye Precision, Inc.'s Request for In Camera Submission of the parties' jointly submitted Consent Judgment, HEREBY ORDERS:

1. The Consent Judgment be filed under seal.

2. No persons, other than the parties to this action, to review, copy, photograph and/or inspect the sealed materials.

3. The Clerk of this Court to exclude the Consent Judgment from the electronic docket and the public case file.

IT IS SO ORDERED.

Dated: 4/5/06

                 /s/ Garr M. King
                 Honorable Garr M. King
                 United States District Judge

2481498